UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE BAR OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL EVERETT,<br><br>Defendant. | Case No. 18-cv-05879 SI<br><br>Case No. 17-cv-01716 SI<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 6, 17 |

Before the Court are plaintiff's Motion for Remand and Enforcement of Sanctions Order, filed on October 5, 2018 (Dkt. No. 6), and Administrative Motion to Stay Order on State Bar's Motion for Remand Pending Resolution of the State Bar's Motion to Relate Cases (Dkt. No. 17). This Court related the above-caption cases on December 11, 2018. Accordingly, plaintiff's Administrative Motion to Stay is DENIED AS MOOT.

Regarding plaintiff's Motion for Remand and Enforcement of Sanctions, which has been pending for over two months already, defendant has served and filed an Opposition/Response (No. 18-5879, Doc. 19). In that filing, defendant also requests further time to respond. Since defendant's response is on file, he is not required to file anything further. Should he wish to, however, he is given leave to file one further opposition, which must be filed on or before **Wednesday, January 9, 2019**. (This will result in defendant's having had over three months to fashion a response. Consequently, the Court does not anticipate receiving or granting any further extension of time to defendant on this motion.)

The Plaintiff shall serve and file a reply, if any, on or before Wednesday, January 16, 2019. Unless the Court orders otherwise, the matter shall be submitted for decision without oral argument.

**IT IS SO ORDERED**.

Dated: December 11, 2018

_____
SUSAN ILLSTON
United States District Judge